```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                       Chapter 7

ALSHAMY REALTY, INC.,                                       Case No. 11-41839

                    Debtor.
-------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

Steven J. Edelstein hereby certifies the following:

I am over 18 years of age, not a party to this action and employed by Backenroth, Frankel, & Krinsky, LLP, located at 489 Fifth Avenue, New York, New York 10017.

On the 31st day of March, 2011, I served the

- **NOTICE OF HEARING ON APPLICATION TO LIFT THE AUTOMATIC STAY, AND TO EXCUSE COMPLIANCE BY PAUL KROHN, AS RECEIVER, OF HIS TURNONVER OBLIGATIONS**


- **MOTION TO LIFT THE AUTOMATIC STAY**

Upon the Debtor, Alshamy Realty, Inc, at 2063 Bragg St. by depositing true a true copy of the above referenced document(s) in properly addressed, postage paid, US Mail wrappers in a depository under the exclusive care and custody of the Unites States Postal Service located within New York City. The court also received a copy with full exhibits.

FURTHERMORE, the parties on the attached list received notice of filing electronically.

Dated this 1st of April, 2011, at New York, New York.

s/ Steven J. Edelstein
Steven J. Edelstein

# EXHIBIT A

*Debtor*
**Alshamy Realty, Inc.**
2063 Bragg St.
Brooklyn, NY 11229

**Jon A Lefkowitz**
1222 Avenue M
Suite 204
Brooklyn, NY 11230
Email: jonalefkowitz@gmail.com

*Trustee*
**Debra Kramer**
Debra Kramer, PLLC
98 Cutter Mill Road
Suite 466 South
Great Neck, NY 11021

*U.S. Trustee*
**United States Trustee**
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201