**FACSIMILE TRANSMITTAL SHEET**

| TO: | FROM: |
|---|---|
| Judge Stong | Jon A. Lefkowitz, Esq. |
| COMPANY: | DATE: |
| Bankruptcy Court, EDNY | 5/9/2011 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 347-394-1865 | 1 |
| RE: | YOUR REFERENCE NUMBER: |
| Alshamy Realty, Inc. | Docket #11-41839 |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

This office represents the debtor. Per my conversation today with Ms. Jackson, I hereby request that I be allowed to participate in the conference on 5/12/11 by telephone. Thank you.

Sincerely,

Jon A. Lefkowitz, Esq.

**JON A. LEFKOWITZ, ESQ.**
1222 AVE. M SUITE 204, BROOKLYN NY 11230
(718) 692-0459
(718) 376-2746 FAX