*BACKENROTH FRANKEL & KRINSKY, LLP*
*489 Fifth Avenue*
*New York, New York 10017*
*(212) 593-1100*

*Abraham J. Backenroth*　　　　　　　　　　　　　　　　　　　　　　　*Telecopier No.*
*Mark A. Frankel*　　　　　　　　　　　　　　　　　　　　　　　　　　*(212) 644-0544*
*Scott A. Krinsky*

May 10, 2011

**BY FACSIMILE**
The Honorable Elizabeth Stong
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

　　　　Re:　<u>In re Alshamy Realty Inc., Case No. 11-41839</u>

Dear Judge Stong:

　　　　I am writing to request permission to appear at the conference in the above matter on May 12, 2011 at 10:00 a.m. by telepone.

　　　　Thank you for your attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　　　s/Mark Frankel

cc:　　(By email)
　　　　Debra Kramer
　　　　Robert Pryor
　　　　Paul Krohn
　　　　Meryl Wenig
　　　　Jon Lefkowitz
　　　　Edward Drantivy