UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re

ALSHAMY REALTY, INC.,

Debtor.
------------------------------------------------------------------x

Chapter 7
Case No. 11-41839-ess

## STIPULATION

WHEREAS, on March 9, 2011, Alshamy Realty, Inc. filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, Debra Kramer has been appointed to serve as the trustee in this case; and

WHEREAS, on March 31, 2011, Irving Partners, LLC ("Irving") filed a motion (the "Motion") for relief from the automatic stay with respect to the property located at 251 Irving Avenue, Brooklyn, New York (the "Property"), and excusing the receiver from compliance with 11 U.S.C. § 543(b)(1); and

WHEREAS, on April 27, 2011, the Debtor filed an affirmation in opposition to the Motion; and

WHEREAS, on April 28, 2011, the Court held a hearing on the Motion at which Irving Partners, LLC and the Debtor appeared and were heard, and the Court directed that on an interim basis and with the consent of the Chapter 7 Trustee, the receiver is excused from compliance with 11 U.S.C. § 543(b)(1); and

WHEREAS, the Trustee and Irving have agreed in principle to a sale of the Property pursuant to section 363 of the Bankruptcy Code subject to Bankruptcy Court approval of an agreement between the parties setting forth the terms of sale;

WHEREAS, the Trustee and Irving seek to maintain the status quo in this case pending

such potential sale of the Property;

NOW, THEREFORE, it is hereby

ORDERED, that the receiver is excused from compliance with 11 U.S.C. § 543(a) and (b) through September 30, 2011; and it is further

ORDERED, that the Motion is adjourned from August 16, 2011to October 25, 2011, at 10:00 a.m. for a continued status conference before the Honorable Elizabeth S. Stong, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201.

| | |
|---|---|
| Dated: Westbury, New York<br>      August __, 2011 | PRYOR & MANDELUP, LLP<br>Attorneys for Debra Kramer, Chapter 7<br>Trustee of the Bankruptcy Estate of<br>Alshamy Realty, Inc.,<br><br>By: s/J. Logan Rappaport<br>      J. Logan Rappaport<br>675 Old Country Road<br>Westbury, New York 10016<br>(212) 696- 4848 |
| Dated: New York, New York<br>      August __, 2011 | BACKENROTH FRANKEL & KRINSKY, LLP<br>    Attorneys for Irving Avenue Partners, LLC<br><br>By:s/Mark Frankel<br>      Mark Frankel<br>489 Fifth Avenue,<br>New York, New York 10017<br>(212) 593-1100 |

Dated: Brooklyn, New York        LAW OFFICE OF JON LEFKOWITZ
August 5, 2011                             Attorney for the Debtor


By: s/Jon Lefkowitz
    Jon Lefkowitz
1222 Ave M
Brooklyn, New York 11230
(718) 692-0459



Dated: Brooklyn, New York                                                    
August 15, 2011                                                 Elizabeth S. Stong
                                                     United States Bankruptcy Judge