## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

In re: ALSHAMY REALTY, INC. § Case No. 11-41839
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Debra Kramer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00  
*(without deducting any secured claims)*

Assets Exempt: N/A

Total Distribution to Claimants: $58,306.24

Claims Discharged Without Payment: N/A

Total Expenses of Administration: $39,748.13

3) Total gross receipts of $ 98,054.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $98,054.37 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $622,849.25 | $619,434.03 | $50,530.36 | $50,530.36 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 41,190.69 | 39,748.13 | 39,748.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 5,664.89 | 1,050.10 | 1,050.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,731.57 | 131,201.48 | 10,178.16 | 6,725.78 |
| **TOTAL DISBURSEMENTS** | $659,580.82 | $797,491.09 | $101,506.75 | $98,054.37 |

4) This case was originally filed under Chapter 7 on March 09, 2011. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/11/2013          By: /s/Debra Kramer
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 251 IRVING AVE. BROOKLYN NY 11237 | 1110-000 | 98,054.37 |
| **TOTAL GROSS RECEIPTS** | | **$98,054.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S | Irving Partners, LLC | 4120-000 | N/A | 565,000.00 | 0.00 | 0.00 |
| 7 | New York City Dept of Finance | 4120-000 | N/A | 3,903.77 | 0.00 | 0.00 |
| TAXLIEN | NYCTL 2011-A Trust MTAG | 4120-000 | N/A | 16,814.28 | 16,814.28 | 16,814.28 |
| 2TAXLIEN | NYCTL 2012-A Trust MTAG | 4120-000 | 0.00 | 8,645.91 | 8,645.91 | 8,645.91 |
| HAZREINS | New York City Department of Finance | 4120-000 | N/A | 85.88 | 85.88 | 85.88 |
| NOTFILED | Irving Avenue Partne, LLC | 4110-000 | 622,849.25 | N/A | N/A | 0.00 |
| NYCWATER | New York City Water Board | 4120-000 | N/A | 23,419.55 | 23,419.65 | 23,419.65 |
| PROPTAXE | New York City Department of Finance | 4120-000 | N/A | 1,564.64 | 1,564.64 | 1,564.64 |
| **TOTAL SECURED CLAIMS** | | | **$622,849.25** | **$619,434.03** | **$50,530.36** | **$50,530.36** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Debra Kramer | 2100-000 | N/A | 8,152.72 | 7,431.44 | 7,431.44 |
| Debra Kramer | 2200-000 | N/A | 235.73 | 235.73 | 235.73 |
| Department of the Treasury - Internal Revenue Service | 2810-000 | N/A | 2,353.89 | 2,353.89 | 2,353.89 |
| Pryor & Mandelup, L.L.P. | 3220-000 | N/A | 574.71 | 574.71 | 574.71 |
| Pryor & Mandelup, L.L.P. | 3210-000 | N/A | 27,852.67 | 27,131.39 | 27,131.39 |
| Joseph Broderick CPA | 3410-000 | N/A | 1,440.00 | 1,440.00 | 1,440.00 |
| New York City Department of Finance | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| New York City Department of Finance | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| New York State Department of Taxation | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| New York State Department of Taxation | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 90.03 | 90.03 | 90.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 97.87 | 97.87 | 97.87 |
| Rabobank, N.A. | 2600-000 | N/A | 63.37 | 63.37 | 63.37 |
| International Sureties, LTD | 2300-000 | N/A | 26.14 | 26.14 | 26.14 |
| Rabobank, N.A. | 2600-000 | N/A | 74.76 | 74.76 | 74.76 |
| Rabobank, N.A. | 2600-000 | N/A | 63.32 | 63.32 | 63.32 |
| Rabobank, N.A. | 2600-000 | N/A | 65.48 | 65.48 | 65.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $41,190.69 | $39,748.13 | $39,748.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | NYC Department of Finance | 5800-000 | N/A | 2,026.77 | 0.00 | 0.00 |
| 2 -2 | NYC Department of Finance | 5800-000 | N/A | 1,313.19 | 0.00 | 0.00 |
| 4P | NYS DEPT OF TAX AND FINANCE | 5800-000 | N/A | 1,180.91 | 0.00 | 0.00 |
| 5P | NYS DEPT OF TAX AND FINANCE | 5800-000 | N/A | 93.92 | 0.00 | 0.00 |
| 2-3P | NYC Department of Finance | 5800-000 | N/A | 954.20 | 954.20 | 954.20 |
| 5-2P | NYS Department of Taxation and Finance | 5800-000 | N/A | 95.90 | 95.90 | 95.90 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $5,664.89 | $1,050.10 | $1,050.10 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Consolidated Edison Company of New York, Inc. | 7100-000 | N/A | 34.21 | 34.21 | 34.21 |
| 3 | Petro, Inc. | 7100-000 | 6,731.57 | 6,691.57 | 6,691.57 | 6,691.57 |
| 4U | NYS DEPT OF TAX AND FINANCE | 7300-000 | N/A | 250.00 | 0.00 | 0.00 |
| 5U | NYS DEPT OF TAX AND FINANCE | 7300-000 | N/A | 554.32 | 0.00 | 0.00 |
| 6U | Irving Partners, LLC | 7100-000 | N/A | 115,425.00 | 0.00 | 0.00 |
| 8 | Department of the Treasury - Internal Revenue Service | 7300-000 | N/A | 4,794.00 | 0.00 | 0.00 |
| 8 -2 | Department of the Treasury - Internal Revenue Service | 7300-000 | N/A | 2,454.00 | 2,454.00 | 0.00 |
| 2-3U | NYC Department of Finance | 7300-000 | N/A | 417.50 | 417.50 | 0.00 |
| 5-2U | NYS Department of Taxation and Finance | 7300-000 | N/A | 580.88 | 580.88 | 0.00 |
| NOTFILED | Paul Krohn | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $36,731.57 | $131,201.48 | $10,178.16 | $6,725.78 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-41839  
**Case Name:** ALSHAMY REALTY, INC.  

**Period Ending:** 10/11/13

**Trustee:** (521380) Debra Kramer  
**Filed (f) or Converted (c):** 03/09/11 (f)  
**§341(a) Meeting Date:** 04/15/11  
**Claims Bar Date:** 08/16/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 251 IRVING AVE. BROOKLYN NY 11237 | Unknown | 0.00 | | 98,054.37 | FA |
| 1 | **Assets** **Totals** (Excluding unknown values) | **$0.00** | **$0.00** | | **$98,054.37** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   September 30, 2012      **Current Projected Date Of Final Report (TFR):**   April 7, 2013  (Actual)

Printed: 10/11/2013 01:37 PM    V.13.13

Case 1-11-41839-ess    Doc 106    Filed 10/25/13    Entered 10/25/13 11:55:07

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-41839  
**Case Name:** ALSHAMY REALTY, INC.

**Taxpayer ID #:** **-***1098  
**Period Ending:** 10/11/13

**Trustee:** Debra Kramer (521380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******09-66 - Checking Account  
**Blanket Bond:** $77,628,510.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/15/12 | {1} | 251 Irving Avenue, LLC | Purchase of real property located at 251 Irving Avenue, Brooklyn, New York | 1110-000 | 98,054.37 | | 98,054.37 |
| 10/23/12 | 101 | NYCTL 2011-A Trust MTAG | Payment in full and final satisfaction of tax lien for 2011 taxes with respect to real property located at 251 Irving Avenue, Brooklyn, New York 11237 | 4120-000 | | 16,814.28 | 81,240.09 |
| 10/23/12 | 102 | NYCTL 2012-A Trust MTAG | Payment in full and final satisfaction of tax lien for 2012 taxes with respect to real property located at 251 Irving Avenue, Brooklyn, New York 11237 | 4120-000 | | 8,645.91 | 72,594.18 |
| 10/23/12 | 103 | New York City Department of Finance | Payment of hazard reinsurance due 10/1/12 with respect to real property located at 251 irving Avenue, Brooklyn, New York 11237 | 4120-000 | | 85.88 | 72,508.30 |
| 10/23/12 | 104 | New York City Department of Finance | Payment in full and final satisfaction of property taxes due 10/1/12 with respect to real property located at 251 Irving Avenue, Brooklyn, New York 11237 | 4120-000 | | 1,564.64 | 70,943.66 |
| 10/23/12 | 105 | New York City Water Board | Payment in full and final satisfaction of water and sewer charges with respect to real property located at 251 Irving Avenue, Brooklyn, New York 11237 | 4120-000 | | 23,419.65 | 47,524.01 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 90.03 | 47,433.98 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 97.87 | 47,336.11 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052138088 20121218 | 9999-000 | | 47,336.11 | 0.00 |

| | | | | ACCOUNT TOTALS | 98,054.37 | 98,054.37 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 0.00 | 47,336.11 | |
| | | | | **Subtotal** | 98,054.37 | 50,718.26 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | **NET Receipts / Disbursements** | **$98,054.37** | **$50,718.26** | |

{} Asset reference(s)

Printed: 10/11/2013 01:37 PM    V.13.13

Case 1-11-41839-ess    Doc 106    Filed 10/25/13    Entered 10/25/13 11:55:07

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-41839  
**Case Name:** ALSHAMY REALTY, INC.  
**Taxpayer ID #:** **-***1098  
**Period Ending:** 10/11/13  

**Trustee:** Debra Kramer (521380)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****790666 - Checking Account  
**Blanket Bond:** $77,628,510.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 47,336.11 | | 47,336.11 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.37 | 47,272.74 |
| 01/11/13 | 10106 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2013 FOR CASE #11-41839, blanket bond premium for the period 1/1/2013 to 1/1/2014 | 2300-000 | | 26.14 | 47,246.60 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.76 | 47,171.84 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.32 | 47,108.52 |
| 03/13/13 | 10107 | New York State Department of Taxation | 2011 NYS CT3S.  EIN: 11-3591098 | 2820-000 | | 25.00 | 47,083.52 |
| 03/13/13 | 10108 | New York State Department of Taxation | 2012 NYS CT3S; EIN: 11-3591098 | 2820-000 | | 25.00 | 47,058.52 |
| 03/13/13 | 10109 | New York City Department of Finance | 2011 NYC 3L; EIN: 11-3591098 | 2820-000 | | 25.00 | 47,033.52 |
| 03/13/13 | 10110 | New York City Department of Finance | 2012 NYC 3L; EIN: 11-3591098 | 2820-000 | | 25.00 | 47,008.52 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.48 | 46,943.04 |
| 09/24/13 | 10111 | Debra Kramer | Dividend paid 100.00% on $7,431.44, Trustee Compensation;  Reference: | 2100-000 | | 7,431.44 | 39,511.60 |
| 09/24/13 | 10112 | Debra Kramer | Dividend paid 100.00% on $235.73, Trustee Expenses;  Reference: | 2200-000 | | 235.73 | 39,275.87 |
| 09/24/13 | 10113 | Department of the Treasury - Internal Revenue Service | Dividend paid 100.00% on $2,353.89, Income Taxes - Internal Revenue Service (post-petition);  Reference: | 2810-000 | | 2,353.89 | 36,921.98 |
| 09/24/13 | 10114 | Pryor & Mandelup, L.L.P. | Dividend paid 100.00% on $574.71, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 574.71 | 36,347.27 |
| 09/24/13 | 10115 | Pryor & Mandelup, L.L.P. | Dividend paid 100.00% on $27,131.39, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 27,131.39 | 9,215.88 |
| 09/24/13 | 10116 | Joseph Broderick CPA | Dividend paid 100.00% on $1,440.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,440.00 | 7,775.88 |
| 09/24/13 | 10117 | NYC Department of Finance | Dividend paid 100.00% on $954.20; Claim# 2-3P; Filed: $954.20; Reference: | 5800-000 | | 954.20 | 6,821.68 |
| 09/24/13 | 10118 | NYS Department of Taxation and Finance | Dividend paid 100.00% on $95.90; Claim# 5-2P; Filed: $95.90; Reference: | 5800-000 | | 95.90 | 6,725.78 |
| 09/24/13 | 10119 | Consolidated Edison Company of New York, Inc. | Dividend paid 100.00% on $34.21; Claim# 1; Filed: $34.21; Reference: | 7100-000 | | 34.21 | 6,691.57 |

Subtotals :   $47,336.11   $40,644.54

{} Asset reference(s)                                                                                                               Printed: 10/11/2013 01:37 PM    V.13.13

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-41839  
**Case Name:** ALSHAMY REALTY, INC.

**Taxpayer ID #:** **-***1098  
**Period Ending:** 10/11/13

**Trustee:** Debra Kramer (521380)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****790666 - Checking Account  
**Blanket Bond:** $77,628,510.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/24/13 | 10120 | Petro, Inc. | Dividend paid 100.00% on $6,691.57; Claim# 3; Filed: $6,691.57; Reference: | 7100-000 | | 6,691.57 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 47,336.11 | 47,336.11 | $0.00 |
| | | | Less: Bank Transfers | | 47,336.11 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 47,336.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$47,336.11** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******09-66** | 98,054.37 | 50,718.26 | 0.00 |
| **Checking # ****790666** | 0.00 | 47,336.11 | 0.00 |
| | **$98,054.37** | **$98,054.37** | **$0.00** |

{} Asset reference(s)                                                                                  Printed: 10/11/2013 01:37 PM    V.13.13